UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICK NATHAN BEIDEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WASHINGTON STATE PENITENTIARY, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. C05-473-RSL <br><br> REPORT AND RECOMMENDATION TO DISMISS ACTION FOR FAILURE AMEND |

Plaintiff is proceeding *pro se* in this 42 U.S.C. § 1983 action. On June 10, 2005, this Court issued an Order Declining to Serve and Granting Leave to Amend, which set forth the deficiencies in Plaintiff's complaint. Dkt. # 11. Plaintiff was warned that a failure to file an amended complaint curing the deficiencies within thirty days of the date on which the order was signed, would result in a recommendation of dismissal. *Id.*

To date, Plaintiff has not filed an amended complaint. Due to Plaintiff's failure to amend the complaint to cure the deficiencies within the time limit prescribed by the Court, I recommend that Plaintiff's action be DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

//

REPORT AND RECOMMENDATION
PAGE - 1

1     A Proposed Order accompanies this Report and Recommendation.

2

3     DATED this 5th of October, 2005.

4

5                                   MONICA J. BENTON
                                    United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2