UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICK NATHAN BEIDEL,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE PENITENTIARY,<br><br>Defendant. | CASE NO. C05-473-RSL<br><br>ORDER |

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) The matter is **DISMISSED** without prejudice;

(3) The Clerk is directed to send a copy of this Order to Plaintiff and the Hon. Monica J. Benton.

DATED this 2nd day of November, 2005.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER
PAGE - 1